UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-23-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:24-CR-77 (OAW) (TOF) |
| v. | VIOLATION: |
| AUBREY WAYNE ROSE, JR. | 18 U.S.C. § 115(a)(1)(B) (Threatening a Federal Official) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Threatening a Federal Official)

On or about December 20, 2023, in the District of Connecticut, the defendant AUBREY WAYNE ROSE, JR., did threaten to assault and murder officials whose killing would be a crime under Title 18, United States Code, Section 1114, namely employees of the United States Department of Veterans Affairs, with the intent to impede, intimidate, and interfere with such officials while engaged in the performance of their official duties and with intent to retaliate against such officials on account of the performance of their official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL

_____
FOREPERSON

UNITED STATES OF AMERICA

*Vanessa Roberts Avery / MHS*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*Neeraj N. Patel*
NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY

*Sean P. Mahard*
SEAN P. MAHARD
ASSISTANT UNITED STATES ATTORNEY