UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CRIMINAL NO. 3:24-CR-00077-OAW |
| AUBREY WAYNE ROSE | April 11, 2024 |

### MOTION TO WITHDRAW APPEARANCES OF ATTORNEYS ALLISON KAHL, JOSH EWING, AND THE FEDERAL DEFENDER'S OFFICE AND TO APPOINT CJA COUNSEL

Counsel for the defendant in the above captioned matter file this motion to withdraw their appearances and that of the Federal Defender's Office. They do so pursuant to Connecticut Rules of Professional Conduct 1.16(a)(3)(termination) and (b)(7)(good cause). Counsel further move that the Court appoint counsel from the Criminal Justice Act (CJA) Panel to represent Mr. Rose.

Mr. Rose wants the Federal Defender's Office off his case, and he has requested new counsel. Counsel request a hearing as to this motion. They have notified Mr. Rose of this motion by telephone and that he will need to appear to discuss the motion with the Court.

WHEREFORE, counsel respectfully request that the Court (1) terminate their appearances and that of the Federal Defender's Office and (2) appoint CJA counsel.

Respectfully Submitted,

/s/ Josh Ewing
By Josh Ewing (CT 443715)
FEDERAL DEFENDER'S OFFICE
10 Columbus Blvd., Floor 6
Hartford, CT 06106
Tel: 860-951-6664
Email: Josh_Ewing@fd.org

/s/ Allison Kahl
Allison Kahl
Assistant Federal Defender
10 Columbus Blvd., 6th Fl.
Hartford, CT 06106
Phone: (203) 498-4200
Bar No.: phv206792
Email: allison_kahl@fd.org

CERTIFICATION OF SERVICE

     This is to certify that on April 11, 2024, a copy of the forgoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the forgoing.

     */s/ Josh Ewing*
      Josh Ewing